No. 92–8957. WOODARD v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presented by the Solicitor General in his brief for the United States filed July 29, 1993.

No. ——–——. KENNEDY v. UNITED STATES. Motion of petitioner for leave to file petition for writ of certiorari under seal denied. Motion of the Solicitor General for leave to file a response under seal dismissed as moot.

No. D–1291. IN RE DISBARMENT OF KILPATRICK. Rule to show cause discharged, and the order suspending respondent from the practice of law in this Court, dated August 26, 1993 [509 U. S. 944], is hereby vacated.

No. D–1293. IN RE DISBARMENT OF DAMIANI. Disbarment entered. [For earlier order herein, see 509 U. S. 944.]

No. D–1295. IN RE DISBARMENT OF KANALEY. John Collins Kanaley, of Syracuse, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 26, 1993 [509 U. S. 944], is hereby discharged.

No. D–1298. IN RE DISBARMENT OF ROONEY. Disbarment entered. [For earlier order herein, see 509 U. S. 945.]

No. D–1301. IN RE DISBARMENT OF POHLMANN. John Milton Pohlmann, of Lafayette, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on September 24, 1993 [509 U. S. 949], is hereby discharged.

No. D–1318. IN RE DISBARMENT OF ANNIN. It is ordered that Roselyn Costa Annin, of Manteca, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.